UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
SBO PICTURES, INC.,                        :    12 Civ. 1169 (KBF)
                                           :
                     Plaintiff,            :    ORDER
                                           :
         -v-                               :
                                           :
DOES 1-154,                                :
                                           :
                     Defendants.           :
                                           :
------------------------------------------X

KATHERINE B. FORREST, District Judge:

   IT IS HEREBY ORDERED that the Order of Reference to a Magistrate Judge, entered February 22, 2012, is vacated.

   All matters will proceed before Judge Forrest, except for matters related to settlement.


SO ORDERED:

Dated:   New York, New York
         March 8, 2012

                                  _____
                                     KATHERINE B. FORREST
                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 08 2012