# THE COPYRIGHT LAW GROUP, P.L.L.C.

*Copyright and Trademark Law – www.copyrightdefenselawyer.com*

May 22, 2012

Mike Meier (DC, MD, NY, VA)
N.D. Florida: Practice limited to federal law.
Not Admitted in Florida.
4000 Legato Road, Suite 1100, Fairfax, VA 22033
Phone: (888) 407-6770, Fax: (703) 546-4990
Email: contact@copyrightdefenselawyer.com
Website: www.copyrightdefenselawyer.com



**IMPORTANT – THIS LETTER IS BASED ON A COURT ORDER, WHICH IS ATTACHED TO THIS LETTER**

RE:   U.S. District Court, Southern District of New York, In Re Adult Film Copyright Infringement Litigation, Master Case No. 11 Civ 7564 (KBF)

Dear ▮▮▮▮▮▮▮▮:

This is an important notice regarding a pending lawsuit where you are listed as a "John Doe" Defendant with your specific IP address. You should have received at least two notices regarding the pending lawsuit, one from your internet service provider (ISP), and one from this law firm.

This law firm is preparing to name individual defendants in this regard. The District Court has issued an Order (see attachment), instructing this law firm to contact the John Doe defendants (including you) whether a request to proceed anonymously was filed within 30 days of receiving a notice letter from the ISP.

**PLEASE REVIEW THE ATTACHED COURT ORDER CAREFULLY. WE RECOMMEND THAT YOU DISCUSS THIS MATTER WITH AN ATTORNEY.**

You should also review the "Frequently Asked Questions" on our website www.copyrightdefenselawyer.com. If you would like to resolve the matter, please contact me at 888-407-6770.

Sincerely,

*[signature]*

Mike Meier, Attorney at Law



```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- X
IN RE ADULT FILM COPYRIGHT      :
INFRINGEMENT LITIGATION         :      Master Case No. 11 Civ. 7564
                                :
This Document Relates to:       :                ORDER
                                :
    11 Civ. 7564 (KBF)          :
    11 Civ. 7999 (KBF)          :
    11 Civ. 8172 (KBF)          :
    11 Civ. 9550 (KBF)          :
    11 Civ. 9618 (KBF)          :
    11 Civ. 9688 (KBF)          :
    11 Civ. 9689 (KBF)          :
    11 Civ. 9703 (KBF)          :
    11 Civ. 9705 (KBF)          :
    11 Civ. 9706 (KBF)          :
    12 Civ. 0129 (KBF)          :
    12 Civ. 1077 (KBF)          :
    12 Civ. 1169 (KBF)          :
------------------------------- X
```

KATHERINE B. FORREST, District Judge:

Having received a request from counsel for plaintiffs regarding the manner in which he should file amended complaints in the above matters,

IT IS HEREBY ORDERED:

1. On any public filing, plaintiffs shall identify Doe defendants that have requested to proceed anonymously by Doe number and IP address only until further order of this Court.

2. Due to the delays that may occur between a Doe defendant requesting to proceed anonymously, this Court approving

that request and noting such approval on the docket, and plaintiffs filing an amended complaint, plaintiffs are directed to ask the Doe defendants--which the Court has not already stated in an order are allowed to proceed anonymously--whether they requested to proceed anonymously within 30 days of receiving a notice letter from their Internet Service Provider. If the Doe defendants tell plaintiffs that they have submitted such a request, then plaintiffs are directed to identify those Doe defendants by Doe number and IP address only.

SO ORDERED.

Dated:   New York, New York
         May 17, 2012

_____
KATHERINE B. FORREST
United States District Judge