# AFFIDAVIT OF SERVICE

**State of NEW YORK**  **County of SOUTHRN DISTRICT**  **U S District Court**

Index Number: 12-CV-1169-KBF (11-CV-7564)
Date Filed: 6/25/2012

Plaintiff:
**SBO PICTURES, INC. d/b/a WICKED PICTURES**

vs.

Defendant:
**RYAN TAYLOR**

For:
Mike Meir
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road
Suite 1100
Fairfax, VA 22033

Received by Lawson Legal Services to be served on **RYAN TAYLOR, 635 WEST 42ND STREET, APT. 12K, MANHATTAN, NY 10036**.

I, Robert L. Lawson, being duly sworn, depose and say that on the **26th** day of **June, 2012** at **8:51 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **RYAN TAYLOR** at the address of: **635 WEST 42ND STREET, APT. 12K, MANHATTAN, NY 10036**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 40s, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 180, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the **30th** day of **July 2012** by the affiant who is personally known to me.

NOTARY PUBLIC   HENRIETTA KWATENG
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KW6176773
Qualified in Bronx County
My Commission Expires November 05, 20__

Robert L. Lawson

Lawson Legal Services
244 FIFTH AVENUE
SUITE 244 L
NEW YORK, NY 10001
(646) 667-3437
Our Job Serial Number: RLL-2012000672

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t