USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 10 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
IN RE ADULT FILM COPYRIGHT           :
INFRINGEMENT LITIGATION              :   Master Case No. 11 Civ. 7564
                                     :
This Document Relates to:            :   ORDER
                                     :
    11 Civ. 7999 (KBF)               :
    11 Civ. 8172 (KBF)               :
    11 Civ. 9618 (KBF)               :
    11 Civ. 9689 (KBF)               :
    11 Civ. 9703 (KBF)               :
    11 Civ. 9705 (KBF)               :
    11 Civ. 9706 (KBF)               :
    12 Civ. 0129 (KBF)               :
    12 Civ. 1077 (KBF)               :
    12 Civ. 1169 (KBF)               :
------------------------------------- X

KATHERINE B. FORREST, District Judge:

The Clerk of the Court is directed to make the following documents "Court View Only":

- Docket No. 41 (11 Civ. 7999)
- Docket No. 29 (11 Civ. 8172)
- Docket No. 34 (11 Civ. 9618)
- Docket No. 30 (11 Civ. 9689)
- Docket No. 26 (11 Civ. 9703)
- Docket No. 27 (11 Civ. 9705)
- Docket No. 33 (11 Civ. 9706)
- Docket No. 22 (12 Civ. 0129)
- Docket No. 25 (12 Civ. 1077)
- Docket No. 28 (12 Civ. 1169)

If plaintiffs want these amended complaints to be on the public docket, they are directed to re-file them without defendants' addresses.

SO ORDERED.

Dated:    New York, New York
          August 10, 2012

                              _____
                              KATHERINE B. FORREST
                              United States District Judge